■ In the Matter of SERENA H. SUFFOLK COUNTY DEPART-MENT OF SOCIAL SERVICES, Respondent, et al., Respondent. ARKADIUS H., Nonparty Appellant. [33 NYS3d 905]—Appeal from an order of the Family Court, Suffolk County (Richard Hoffman, J.), dated August 7, 2015. The order, after a hearing, inter alia, continued the placement of the subject child in the custody of the Commissioner of Social Services of Suffolk County until the next permanency hearing.

Ordered that the appeal is dismissed as academic, without costs or disbursements.

The August 7, 2015, order has been superseded by a subsequent permanency hearing order dated February 26, 2016, from which no appeal has been taken. Accordingly, the appeal must be dismissed as academic (see Matter of Davin V. [Davida V.V.], 133 AD3d 770 [2015]; Matter of Jaiden S. [Lourdes G.], 119 AD3d 806 [2014]; Matter of Tara C. [Sonia C.], 106 AD3d 735 [2013]). Dillon, J.P., Roman, Miller and LaSalle, JJ., concur.